**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**CHARLES E. MOORE, JR.**                                                  **PETITIONER**

**V.**                                         **NO. 1:07CV077-M-D**

**LAWRENCE KELLY, et al.**                                                **RESPONDENTS**

## FINAL JUDGMENT

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated January 14, 2009, was on that date duly served by mail upon Petitioner at his last known address; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party.[1] The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. Therefore, it is

**ORDERED:**

1) the Report and Recommendation of the United States Magistrate Judge dated December 5, 2008, is hereby APPROVED and ADOPTED as the opinion of the court;

2) the petition is DISMISSED with prejudice; and

3) this case is CLOSED.

THIS the 11th day of March, 2009.

                                                              **/s/ MICHAEL P. MILLS**
                                                              **CHIEF JUDGE**
                                                              **UNITED STATES DISTRICT COURT**
                                                              **NORTHERN DISTRICT OF MISSISSIPPI**

---

[1] Petitioner was granted additional time to file his objections. Despite having been afforded ample opportunity, as of this writing no objections have been received.